IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL-17-md-2775<br>Hon. Catherine C. Blake |
| This Document Relates to<br>Case No. 2:18-cv-00477 | **SHORT FORM COMPLAINT** |

## SHORT FORM COMPLAINT

1. Plaintiff, Cherie Mans, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff is filing this Short Form Complaint pursuant to CMO No. 3, entered by this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff is a resident and citizen of Arizona and claims damages as set forth below.

3. Plaintiff's Spouse, Steven Mans, is a resident and citizen of Arizona and claims loss of consortium damages as set forth below.

4. Federal jurisdiction is proper based on diversity of citizenship.

5. The Federal District in which Plaintiff's initial implant took place: Minnesota

6. The Federal District in which Plaintiff's revision(s) surgeries took place: Arizona

7. Plaintiff brings this action *[check the applicable designation]*:

    __X__ On behalf of herself;

    ~~_____ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the~~

1

~~Court of _____.   A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

8. On or about November 26, 2007, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's LEFT hip.

9. Plaintiff's LEFT BHR implant surgery was performed at Cuyuna Regional Medical Center in Crosby, MN by Dr. Leo Chough.

10. Plaintiff underwent medically-indicated revision of the LEFT BHR hip implant on or about June 1, 2016.

11. Plaintiff's revision surgery was performed by Dr. David Camarata at Oasis Hospital in Phoenix, AZ.

12. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: Cherie Mans was experiencing lateral pain and groin pain. On or about February 22, 2016, an MRI was taken of the Plaintiff's left hip. The impression indicated, left metal-on-metal hip prosthesis with incompletely imaged left superior acetabular lytic lesions extending the left pubic root and posterior acetabulum and small complex joint effusion. Findings were thought to be highly suspicious for adverse reaction to metal. It was recommended that a hip aspiration and correlation with serum cobalt chromium levels be done.

13.   ~~[IF BILATERAL]: Plaintiff's (LEFT/RIGHT) BHR implant surgery was performed at _____ by _____.~~

14.   ~~[IF BILATERAL]: On or about _____, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (LEFT/RIGHT) hip.~~

15.   ~~[IF BILATERAL]: Plaintiff underwent medically-indicated revision of the (LEFT/RIGHT) BHR hip implant on or about _____. [OR: Plaintiff's medical provider(s) have recommended revision but Plaintiff has not been medically-cleared to undergo revision surgery: _____ (checkbox)]~~

16.   ~~[IF BILATERAL] Plaintiff's revision surgery was performed by _____ at _____.~~

17.   Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017, and any and all amendments to the MACC.

18.   Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the MACC: _____.

19.   Notwithstanding the foregoing, Plaintiff additionally alleges that:

_____

_____

## ALLEGATIONS AS TO INJURIES

20.   (a) Plaintiff claims damages as a result of (check all that are applicable):

__X__   INJURY TO HERSELF/HIMSELF

_____   INJURY TO THE PERSON REPRESENTED

_____   WRONGFUL DEATH

3

|  |  |
|---|---|
| _____ | SURVIVORSHIP ACTION |
| \_\_X\_\_ | ECONOMIC LOSS |

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):

*[Cross out if not applicable.]*

|  |  |
|---|---|
| \_\_X\_\_ | LOSS OF SERVICES |
| \_\_X\_\_ | LOSS OF CONSORTIUM |

21. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

22. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference under the laws of the following state (check all that are applicable):

\_\_X\_\_COUNT I   (strict products liability: Arizona) (STATE)

\_\_X\_\_COUNT II  (negligence: Arizona) (STATE)

\_\_X\_\_COUNT III (strict products liability failure to warn: Arizona)

\_\_X\_\_COUNT IV  (negligent failure to warn: Arizona)

\_\_X\_\_COUNT V   (negligent misrepresentation: Arizona)

\_\_X\_\_COUNT VI  (negligence per se: Arizona)

\_\_X\_\_COUNT VII (breach of express warranties: Arizona)

\_\_X\_\_COUNT VIII (manufacturing defect: Arizona)

\_\_X\_\_COUNT IX  (punitive damages: Arizona)

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

4

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendant as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement; and

7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: March 27, 2018.

Respectfully submitted,

Daniel P. Massey
Arizona State Bar No. 006089
THE MASSEY LAW FIRM
14300 N. Northsight Blvd., Suite 208
Scottsdale, Arizona  85260
Tel: (602) 955-0055
Fax: (602) 955-3161
dan@dmasseylaw.com
*Attorney for Plaintiff – Cherie Mans*